1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ZAYA REED,                              No.  2:23-cv-1101 KJN P

12                   Plaintiff,

13            v.                             ORDER

14   SOLANO COUNTY JUSTICE CENTER,
     et al.,

15
                     Defendants.
16

17

18         Plaintiff, a county jail pretrial detainee, is proceeding pro se with a civil rights action

19   pursuant to 42 U.S.C. § 1983.  On August 22, 2023, this court ordered plaintiff to complete and

20   return to the court, within thirty days, the USM-285 forms and copies of the amended complaint

21   which are required to effect service on the defendants.  On September 5, 2023, plaintiff submitted

22   the USM-285 forms and summons but failed to provide copies of the amended complaint.

23         Accordingly, IT IS HEREBY ORDERED that:

24         1.  The Clerk of the Court is directed to send a copy of the first amended complaint (ECF

25   No. 7); and

26         2.  Within thirty days from the date of this order, plaintiff shall complete and submit the

27   attached Notice of Submission of Documents to the court, with the seven copies of the July 13,

28   2023 first amended complaint required to effect service.

                                              1

1    Failure to return the copies within the specified time period will result in a

2  recommendation that this action be dismissed.

3  Dated:  September 10, 2023

4

5                                                              KENDALL J. NEWMAN
                                                             UNITED STATES MAGISTRATE JUDGE
6

7

8  /reed1101.8f

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ZAYA REED,                                     No. 2:23-cv-1101 KJN P

12                    Plaintiff,

13            v.                                      NOTICE OF SUBMISSION OF
                                                     DOCUMENTS
14    SOLANO COUNTY JUSTICE CENTER,
      et al.,
15
                      Defendants.
16

17

18            Plaintiff hereby submits the following documents in compliance with the court's order

19    filed _____ :

20            _____        copies of the   _____
                                           First Amended Complaint
21    DATED:

22

23                                                   _____
24                                                   Plaintiff

25

26

27

28
                                                 3