UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAYA REED, | No. 2:23-cv-1101 KJM CSK P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY JUSTICE CENTER, et al., | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On September 5, 2024, the Court recommended that this action be dismissed based on plaintiff's continued failure to oppose the pending motion for summary judgment. (ECF No. 22.) Plaintiff filed objections, and the Court subsequently granted plaintiff further extensions of time to file an opposition. (ECF Nos. 23-26, 28-29.) However, based on plaintiff's continued failure to timely comply with Court deadlines, the Court left in place the findings and recommendations pending receipt of plaintiff's opposition to the motion for summary judgment. (ECF No. 26 at 3.)

On January 2, 2025, plaintiff filed an opposition to defendants' motion for summary judgment. Therefore, the September 5, 2024 findings and recommendations (ECF No. 22) are vacated.

///

1

Accordingly, IT IS HEREBY ORDERED that the September 5, 2024 findings and recommendations (ECF No. 22) are vacated.

Dated: February 6, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/reed1101.vac

2